UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
26-CR-135 (NEB)

UNITED STATES OF AMERICA,

Plaintiff,

v.

MOHAMOUD WARSAME,

Defendant.

**AMENDED INFORMATION**

18 U.S.C. § 1343

LT SCANNED
JUL 2 4 2026
U.S. DISTRICT COURT MPLS

THE UNITED STATES ATTORNEY CHARGES THAT:

At times relevant to the information:

1.      The Food and Nutrition Service is an agency of the United States Department of Agriculture (USDA) that administers various federal child nutrition programs, including the Summer Food Service Program and Child and Adult Care Food Program (together, the "Federal Child Nutrition Program").

2.      The Minnesota Department of Education (MDE) administers the Federal Child Nutrition Program in Minnesota.

3.      Meals funded by the Federal Child Nutrition Program are served by "sites." Each site participating in the Federal Child Nutrition Program must be sponsored by a sponsoring organization that is authorized to participate in the Federal Child Nutrition Program. Sponsors are required to submit an application to MDE for each site. Sponsors are responsible for monitoring each of their sites and preparing reimbursement claims for their sites.

RECEIVED

JUL 2 4 2026

CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

4.    Sponsors submit reimbursement claims to MDE on behalf of sites under their sponsorship. The USDA then provides federal reimbursement funds on a per-meal basis. MDE provides the federal funds to the sponsoring agency, which in turn pays the reimbursements to the sites under its sponsorship.

5.    Historically, the Federal Child Nutrition Program has generally functioned by providing meals to children involved in educational-based programs or activities. During the Covid-19 pandemic, however, the USDA waived some of the standard requirements for participation in the Federal Child Nutrition Program. Among other things, the USDA allowed for-profit restaurants to participate in the program. The USDA also allowed for off-site food distribution to children outside of educational programs. At the same time, the state government's stay-at-home order and telework policies made it more difficult to oversee the program. These changes left the program vulnerable to fraud and abuse.

6.    Feeding Our Future was a non-profit organization purportedly in the business of helping community partners participate in the Federal Child Nutrition Program. Aimee Bock was the founder and executive director of Feeding Our Future.

7.    Metro Area Catering was a company controlled by defendant MOHAMOUD WARSAME that WARSAME had registered in the State of Minnesota in or about November 2020. The registered address for Metro Area Catering was the same address as Southside Child Development Center, a daycare owned by WARSAME.

2

8.     Southside Youth LLC was a non-profit company controlled by WARSAME that WARSAME had registered in the State of Minnesota in or about January 2021. The registered address for Southside Youth LLC was the same address as Metro Area Catering and Southside Child Development Center.

9.     Metro Area Catering purported to be in the business of providing meals for children at several Federal Child Nutrition Program sites sponsored by Feeding Our Future, including a site operated by Southside Youth LLC.

### Count 1
(Wire Fraud)

10.     From at least in or about November 2020 through in or about January 2022, the defendant,

**MOHAMOUD WARSAME**,

did knowingly devise and participate in a scheme and artifice to defraud and to obtain money by means of materially false and fraudulent pretenses, representations, and promises, and by concealment of material facts.

11.     It was part of the scheme to defraud that in February 2021, Feeding Our Future enrolled a new site, called "Feeding Our Future Taylor," in the Federal Child Nutrition Program.

12.     As part of the scheme to defraud, in March 2021, WARSAME began submitting to Feeding Our Future fraudulent meal reimbursement claims, including meal count sheets, rosters, and invoices, alleging that Metro Area Catering was providing meals to children at the Feeding Our Future Taylor site, and had been since February 2021. The meal reimbursement claims substantially and falsely inflated

the number of meals Metro Area Catering provided to children at the Feeding Our Future Taylor site.

13.    As part of the scheme to defraud, WARSAME falsely claimed, at times, that Metro Area Catering provided snack and supper to 4,000 children per day, seven days a week, at the Feeding Our Future Taylor site. In all, during the eleven-month period from February 2021 to January 2022, Metro Area Catering claimed to serve over 1 million meals to children at the Feeding Our Future Taylor site.

14.    It was further part of the scheme to defraud that in August 2021, WARSAME began submitting to Feeding Our Future fraudulent invoices alleging that Metro Area Catering was providing meals to children at another Federal Child Nutrition Program site sponsored by Feeding Our Future called Joseph's Pointe at Upper Landing Apartments, located at 200 Wilkin Street, St. Paul, Minnesota, and had been since July 2021. The invoices substantially and falsely inflated the number of meals Metro Area Catering provided to children at the Joseph's Pointe at Upper Landing Apartments site.

15.    As part of the scheme to defraud, WARSAME falsely claimed, at times, that Metro Area Catering provided breakfast and lunch for 1,500 children a day, seven days a week, at the Joseph's Pointe at Upper Landing Apartments site. In all, during the five-month period from July 2021 and November 2021, Metro Area Catering claimed to provide over 400,000 meals for children at the Joseph's Pointe at Upper Landing Apartments site.

16.     It was further part of the scheme that in September 2021, WARSAME enrolled Southside Youth LLC as a Federal Child Nutrition Program site under the sponsorship of Feeding Our Future. The site was in the same commercial building as the Feeding Our Future Taylor site.

17.     As part of the scheme to defraud, beginning in October 2021, WARSAME submitted to Feeding Our Future meal reimbursement claims, including meal count sheets, rosters, and invoices, alleging that Metro Area Catering was providing meals to children at the Southside Youth LLC site, and had been since September 2021. The meal reimbursement claims substantially and falsely inflated the number of meals Metro Area Catering provided to children at the Southside Youth LLC site.

18.     As part of the scheme to defraud, WARSAME falsely claimed, at times, that Metro Area Catering provided snack and dinner to 1,885 children per day, seven days a week, at the Southside Youth LLC site. In all, during the two-month period from September 2021 to October 2021, Metro Area Catering claimed to serve over 200,000 meals to children at the Southside Youth LLC.

19.     In all, based on these claims, the Minnesota Department of Education paid Feeding Our Future more than $4.1 million, and Feeding Our Future paid WARSAME more than $4.7 million in Federal Child Nutrition Program funds.

20.     On or about the date listed below, in the State and District of Minnesota and elsewhere, the defendant,

**MOHAMOUD WARSAME,**

for the purpose of executing and attempting to execute the above-described scheme and artifice to defraud, knowingly transmitted and caused to be transmitted by means of wire communications in interstate commerce, certain writings, signs, signals, and sounds, which passed through servers located outside the State of Minnesota, including the following:

| Count | Date (on or about) | Wire Communication |
|---|---|---|
| 1 | October 1, 2021 | An email from MOHAMOUD WARSAME to Feeding Our Future with the subject line "Fwd: Message from KM_C224e" |

All in violation of Title 18, United States Code, Section 1343.

## FORFEITURE ALLEGATIONS

21.    If convicted of Count 1 of this Information, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to Count 1 of the Information.

22.    The property subject to forfeiture includes, but is not limited to:

   a.    the real property located at 5XXX Walnut Grove Ln N., Plymouth, Minnesota;

   b.    the real property located at 2501 Taylor St NE, Minneapolis, Minnesota; and

   c.    the 2021 Mazda CX-3 bearing the vehicle identification number JM1DKFB75M1516587 (collectively, "the Property").

23.    If any of the above-described forfeitable property is unavailable for forfeiture, the United States intends to seek the forfeiture of substitute property as

6

provided for in Title 21, United States Code, Section 853(p) as incorporated by Title

28, United States Code, Section 2461(c).


Dated: July 24, 2026

DANIEL N. ROSEN
United States Attorney


BY:

*s/ Matthew C. Murphy*
MATTHEW C. MURPHY
Assistant U.S. Attorney
600 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
Office: (612) 664-5600
MN Atty ID: 0391948
Matthew.murphy2@usdoj.gov

REBECCA E. KLINE
Assistant U.S. Attorney
600 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
Office: (612) 664-5600
MN Atty ID: 0401277
Rebecca.kline@usdoj.gov